UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAYMUNDA ZUNIGA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHWEST AIRLINES CO., et al., )<br>)<br>Defendant. ) | Case No. 1:11-cv-939<br><br>Magistrate Judge Young B. Kim<br><br>JURY DEMANDED |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the Plaintiff, RAYMUDA ZUNIGA, and the Defendants, SOUTHWEST AIRLINES CO., HOUSE OF DOORS, INC., HELSON'S GARAGE DOOR STORE, LTD., and the Third-Party Defendant, R.A.S. SERVICES, INC., by and through their respective attorneys, that this case be dismissed with prejudice, including all complaints, counter-complaints, and third-party complaints, and without costs to any party, all costs having been paid and all matters in controversy for which said actions were brought, could have been brought, and/or arising therein, having been fully settled, compromised and adjourned.

January 28, 2014

_____
Attorney for the Plaintiff
RAYMUNDA ZUNIGA
James P. McHargue
Matthew C. Jones
Brenton M. Schmitz
Law Offices of James P. McHargue

_____3-6_____, 2014

/s/ _____
Attorneys for Defendant
SOUTHWEST AIRLINES CO.
Donald G. Machalinski, Esq.
MERLO KANOFSKY GREGG & MACHALINSKI Ltd.

_____3-6_____, 2014

/s/ _____
Attorney for Defendant
HOUSE OF DOORS, INC.
Andrew C. Seiber
SmithAmundsen LLC

_____3-6_____, 2014

/s/ Amy Hemmingsen
Attorney for Defendant
HELSON'S GARAGE DOOR STORE, LTD.
Richard Nugent
Amy J. Hemmingsen
Urgo & Nugent, Ltd.

_____3-12_____, 2014

/s/ _____
Attorney for Third-Party Defendant
R.A.S. SERVICES, INC.
Steven R Merican
Steven R Merican PC
PHILLIP NAVA
GLOOR LAW GROUP LLC